# United States Court of Appeals
## For the First Circuit

No. 00-1002
No. 00-1139
No. 00-1216

DIANE M. CONETTA, PETER CONETTA,

Plaintiffs, Appellees/Cross-Appellants,

v.

NATIONAL HAIR CARE CENTERS, INC.,

Defendant, Appellant/Cross-Appellee.
_____

ROBERT PUTO,

Defendant.

ERRATA

The opinion of this Court, issued on January 8, 2001, should be amended as follows:

On page 5, line 8, replace "Conetta's" with "Conettas".

On page 16, line 11 of 2nd paragraph, delete "protected conduct, that is,".